IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JIHAAD AMORE HARRISION,<br>Plaintiff,<br><br>v.<br><br>SECRETARY GEORGE LITTLE,<br>et al.,<br>Defendants. | C.A. No. 22-105 Erie<br><br>District Judge Susan Paradise Baxter<br>Magistrate Judge Richard A. Lanzillo |

## MEMORANDUM ORDER

This action was commenced by Plaintiff's filing of a *pro se* civil rights complaint accompanied by a motion for leave to proceed *in forma pauperis* ("ifp motion") [ECF No. 1], on March 28, 2022. This matter was referred to United States Magistrate Judge Richard A. Lanzillo, for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. §636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

Plaintiff filed a motion for temporary restraining order on April 21, 2022 ("TRO") [ECF No. 4], and he filed a second TRO motion on July 29, 2022 [ECF No. 15]. Both motions allege that various employees of the Pennsylvania Department of Corrections retaliated against him by confiscating his keyboard, surge protector, athletic shoes, television antenna, and headphones (ECF No. 4, p 1; ECF No. 15, p. 1). Plaintiff's second motion alleges further that Defendants have denied him access to the courts in retaliation for a criminal case that was filed against him (ECF No. 15, p. 2). As relief, Plaintiff seeks the return of his property, transfer to another penal institution, and the sum of $5,000.00.

On August 5, 2022, Judge Lanzillo issued a Report and Recommendation ("R&R")

recommending that Plaintiff's motions for injunctive relief be denied because he has failed to demonstrate a likelihood of success on the merits [ECF No. 18]. Plaintiff has since notified the Court that he does not intend to file objections to the R&R [ECF No. 24].

After *de novo* review of Plaintiff's motions and other documents in the case, together with the report and recommendation, the following order is entered:

AND NOW, this 27th day of October, 2022;

IT IS HEREBY ORDERED that Plaintiff's motions for temporary restraining order [ECF Nos. 4 and 15] are DENIED. The report and recommendation of Magistrate Judge Lanzillo, issued August 5, 2022 [ECF No. 18], is adopted as the opinion of the court.

_____
SUSAN PARADISE BAXTER
United States District Judge

cc: The Honorable Richard A. Lanzillo
United States Magistrate Judge