IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JIHAAD AMORE HARRISION,<br>Plaintiff,<br><br>v.<br><br>SECRETARY GEORGE LITTLE,<br>et al.,<br>Defendants. | )<br>)<br>)   C.A. No. 22-105 Erie<br>)<br>)   **District Judge Susan Paradise Baxter**<br>)   **Magistrate Judge Richard A. Lanzillo**<br>)<br>) |

## MEMORANDUM ORDER

This action was commenced by Plaintiff's filing of a *pro se* civil rights complaint accompanied by a motion for leave to proceed *in forma pauperis* ("ifp motion") [ECF No. 1], on March 28, 2022. This matter was referred to United States Magistrate Judge Richard A. Lanzillo, for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. §636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

On November 25, 2022, Plaintiff filed a one-page motion for injunctive relief alleging that she[1] sent a request slip to Defendants asking, "What would you give me if I help you defeat Leonard Young QA-0396 in Civil Action No. 1:22-cv-00327 RAL, you help me, I help you," and that Defendants forwarded a copy of her request slip to Inmate Young, who then allegedly placed "a $25,000 hit on [Plaintiff's] head." [ECF No. 51]. As a result, Plaintiff seeks an immediate transfer to either SCI-Benner or SCI-Mercer for her safety.

On December 2, 2022, Judge Lanzillo issued a Report and Recommendation ("R&R")

---

[1] According to the R&R, Plaintiff identifies as a female and refers to herself by the pronouns "she/her/hers."

recommending that Plaintiff's motion for injunctive relief be denied because the motion's allegations and the relief sought are "not tethered to the facts alleged or claims asserted in the Amended Complaint," and also fail to demonstrate an imminent risk of irreparable harm [ECF No. 55]. Objections to the R&R were due to be filed by December 19, 2022; however, no objections have been received.

After *de novo* review of Plaintiff's motions and other documents in the case, together with the report and recommendation, the following order is entered:

AND NOW, this 18th day of January, 2023;

IT IS HEREBY ORDERED that Plaintiff's motion for injunctive relief [ECF No. 51] is DENIED. The report and recommendation of Magistrate Judge Lanzillo, issued December 2, 2022 [ECF No. 55], is adopted as the opinion of the court.

SUSAN PARADISE BAXTER
United States District Judge

cc:   The Honorable Richard A. Lanzillo
      United States Magistrate Judge