IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JIHAAD AMORE HARRISION,<br>Plaintiff,<br><br>v.<br><br>SECRETARY GEORGE LITTLE,<br>et al.,<br>Defendants. | C.A. No. 22-105 Erie<br><br>District Judge Susan Paradise Baxter<br>Magistrate Judge Richard A. Lanzillo |

### MEMORANDUM ORDER

This action was commenced by Plaintiff's filing of a *pro se* civil rights complaint accompanied by a motion for leave to proceed *in forma pauperis* ("ifp motion") [ECF No. 1], on March 28, 2022. This matter was referred to United States Magistrate Judge Richard A. Lanzillo, for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. §636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

On November 23, 2022, Plaintiff filed a motion for temporary restraining order or preliminary injunction alleging that prison officials confiscated her legal materials; denied her access to hygienic products, the psych department, and her ability to "adequately transition into woman/female;" and that they are verbally harassing her and have "offer[ed] privileges to inmates who do something to her." [ECF No. 50]. As relief, Plaintiff seeks a transfer to a "facility that treats mental health and knows how to handle and deal with LGBTQ+ inmates," and an order "forc[ing] Defendants to pay court fees for copies of all documents for this civil action." (Id.).

On December 5, 2022, Judge Lanzillo issued a Report and Recommendation ("R&R")

recommending that Plaintiff's motion for injunctive relief be denied because the motion's allegations fail to demonstrate either a substantial likelihood of success on the merits or an imminent risk of irreparable harm [ECF No. 59]. Objections to the R&R were due to be filed by December 22, 2022; however, no objections have been received.

After *de novo* review of Plaintiff's motions and other documents in the case, together with the report and recommendation, the following order is entered:

AND NOW, this 18th day of January, 2023;

IT IS HEREBY ORDERED that Plaintiff's motion for temporary restraining order or preliminary injunction [ECF No. 50] is DENIED. The report and recommendation of Magistrate Judge Lanzillo, issued December 5, 2022 [ECF No. 59], is adopted as the opinion of the court.

*Susan Paradise Baxter*
SUSAN PARADISE BAXTER
United States District Judge

cc:    The Honorable Richard A. Lanzillo
       United States Magistrate Judge