IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JIHAAD AMORE HARRISION,<br>      Plaintiff,<br><br>    v.<br><br>SECRETARY GEORGE LITTLE,<br>et al.,<br>      Defendants. | C.A. No. 22-105 Erie<br><br>**District Judge Susan Paradise Baxter**<br>**Magistrate Judge Richard A. Lanzillo** |

## **MEMORANDUM ORDER**

This action was commenced by Plaintiff's filing of a *pro se* civil rights complaint accompanied by a motion for leave to proceed *in forma pauperis* ("ifp motion") [ECF No. 1], on March 28, 2022. This matter was referred to United States Magistrate Judge Richard A. Lanzillo, for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. §636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

On December 8, 2022, Plaintiff filed a motion for preliminary injunction asking that the Court "enjoin the Defendants, their successors in office, agents, and employees and all other people acting in participation with them from: putting her[1] business out to other inmates;" "calling her a 'He; Him; Mr.; Sir;'" "trying to force men to cell up and harm/rape her;" "denying her protective custody;" and "denying her a razor and barber shop." [ECF No. 60]. Plaintiff also asks to have a camera put in front of her cell "24/7" or to be transferred to SCI-Benner or SCI-Mercer. Id. To support her request for injunctive relief, she alleges that "Defendant Lonnie Oliver has a known pattern of practice denying Transgender's any help," and "continues to deny

---

[1] Plaintiff identifies as a female and refers to herself by the pronouns "she/her/hers."

along with other defendants access to safety and security, and deny access to socially transitions." Id.

On January 3, 2023, Judge Lanzillo issued a Report and Recommendation ("R&R") recommending that Plaintiff's motion for preliminary injunction be denied because the motion's allegations fail to demonstrate either a substantial likelihood of success on the merits or an imminent risk of irreparable harm [ECF No. 66]. Objections to the R&R were due to be filed by January 20, 2023; however, no objections have been received.

After *de novo* review of Plaintiff's motions and other documents in the case, together with the report and recommendation, the following order is entered:

AND NOW, this 25th day of January, 2023;

IT IS HEREBY ORDERED that Plaintiff's motion for temporary restraining order or preliminary injunction [ECF No. 60] is DENIED. The report and recommendation of Magistrate Judge Lanzillo, issued January 3, 2023 [ECF No. 66], is adopted as the opinion of the court.

SUSAN PARADISE BAXTER
United States District Judge

cc:   The Honorable Richard A. Lanzillo
      United States Magistrate Judge